ORIGINAL

FILED

07/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0362

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0362

SAUL JAMES DOOLING

    Petitioner,

v.

BOB OLSON, Warden, S.T.A.R.T.,

    Respondent.

O R D E R

Saul James Dooling petitions this Court for habeas corpus relief, indicating that he is entitled to more jail time than he received. He includes a copy of a misdemeanor sentencing judgment and a February 8, 2023 sentence calculation from the Montana State Prison (MSP) Records Department.[1] Upon review, we deem it appropriate to require a response to Dooling's Petition. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record; to Bob Olson, Administrator; and to Saul James Dooling personally.

DATED this 18th day of July, 2023.

_____
Justice

---

[1] This Court observes that through appellate counsel, Dooling has an appeal of the first listed conviction and sentence. *State v. Dooling*, No. DA 22-0635, Notice of Appeal filed Nov. 9, 2022. The Ravalli County criminal case does not appear to be at issue in this writ for habeas corpus relief.